**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **JESSE J. MOLYNEUX, et al.,** | ) | |
| **Plaintiffs,** | ) | **Case No. 10-CV-588** |
| **vs.** | ) | |
| **SECURITAS SECURITY SERVICES, USA, INC.,** | ) | |
| **Defendant.** | ) | |

**STIPULATION REGARDING THE COURT'S JULY 8, 2011 ORDER**

COME NOW Plaintiffs and Defendant, and hereby enter into the following Stipulation:

1. Plaintiffs' emergency motion for corrective notice and other relief came before the court on Thursday, July 7, 2011, before Hon. Magistrate Judge Thomas Shields. The Magistrate Judge heard argument thereon and issued the order, attached as Exhibit "A."

2. In order to provide employees subject to the Order an opportunity to review the corrective notice ordered by the Court, and make decisions based thereon, the parties have stipulated, and agree to the following, subject to the approval of the Court.

3. The substance of the notice to be issued shall be in the form attached hereto as Exhibit "B."

4. The notice has been delivered by Simpluris, a third party claims administrator who has provided similar notice in California in the *Holland v. Securitas* litigation. Securitas has delivered the names and addresses of non-exempt, non-union security officers employed in Iowa and Wisconsin who received the Dispute Resolution Program ("DRP") to Simpluris.

5. Securitas agrees that those to whom the notice is sent shall have an additional thirty (30) days from the date on which Simpluris mails the notice in which to elect to opt out of the Dispute Resolution Program ("DRP").

6. Plaintiffs reserve the right to request contact information of putative class members in subsequent discovery as permitted by the Federal Rules of Civil Procedure or by subsequent order of the Court. Plaintiffs also reserve their rights to later challenge the arbitration agreement for unconscionability, duress and/or other grounds.

7. Securitas shall provide plaintiffs' counsel with copies of all materials and communications sent to or received from opt-in plaintiffs and putative class members relating to the Dispute Resolution Agreement.

Dated: July 13, 2011

PLAINTIFFS

By: /s/ Ryan F. Stephan
/s/ J. Barton Goplerud

J. Barton Goplerud
Ryan E. Weese
Jenna L. Green
Hudson Mallaney Shindler & Anderson, PC
5015 Grand Ridge Dr., Suite 100
West Des Moines, Iowa 50265
(515) 223-4567
jbgoplerud@hudsonlaw.net
rweese@hudsonlaw.net
jgreen@hudsonlaw.net

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
Stephan Zouras, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
(312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com

Jon A. Tostrud
Cuneo Gilbert & La Duca, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
(310) 461-1620
jtostrud@cuneolaw.com

Eric P. Blank
Blank Law & Technology P.S.
157 Yesler Way, Third Floor
Seattle, WA 98104
TEL: 206.256.9699
FAX: 206.256.9899
eblank@digital-legal.com
*ATTORNEYS FOR PLAINTIFFS*

DEFENDANT

By: /s/ Kellie A. Garrett
/s/ Denise K. Drake

Denise K. Drake, IA Bar #20146
Daniel B. Boatright, Missouri Bar #38803
*Admitted pro hac vice*
Kellie A. Garrett, Missouri Bar #60062
*Admitted pro hac vice*
Littler Mendelson, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4406
Facsimile: 816.817.6125
ddrake@littler.com
dboatright@littler.com
kgarrett@littler.com

Martha Keon, Pennsylvania Bar #207237
*Admitted pro hac vice*
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone: 267.402.3000
Facsimile: 267.402.3131
mkeon@littler.com

Kevin Lilly, California Bar #119981
*Admitted pro hac vice*
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
klilly@littler.com
*ATTORNEYS FOR DEFENDANT*

APPROVED:

________________________________

Honorable Thomas J. Shields
United States District Court for the Southern District of Iowa