| HUDSON, MALLANEY, SHINDLER & ANDERSON PC<br>5015 Grand Ridge Drive, Suite 100 West Des Moines, Iowa 50265<br>Tel: (515) 223-4567<br>Fax: (515) 223-8887 | CUNEO GILBERT & LADUCA, LLP<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067<br>Tel: (310) 460-1620<br>Fax: (310) 460-1621 | STEPHAN ZOURAS, LLP<br>205 North Michigan Avenue, Suite 2560<br>Chicago, IL 60601<br>Tel: (312) 233-1550<br>Fax: (312) 233-1560<br>lawyers@stephanzouras.com |
|---|---|---|

July 13, 2011

«Barcode» «BarcodeString»
SIMID «SIMID»
«FirstName» «LastName»
«Address1» «Address2»
«City» «State» «Zip»

Re:   *Molyneux v. Securitas Security Services USA, Inc. (Case No. 10-CV-588)*

Dear «FirstName» «LastName»

You are receiving this letter to inform you of your rights in the pending class action case entitled <u>Molyneux v. Securitas Security Services USA</u>. This letter was drafted jointly by attorneys for Plaintiffs and attorneys for Securitas Security Services USA, Inc ("Securitas"). The case is being pursued on behalf of current and former security officers. The lawsuit seeks to recover money on your behalf for reimbursement for uniform maintenance and unpaid wages, such as time spent cleaning and ironing your uniform and shining your shoes, and for any out of pocket expenses you incurred for maintaining your uniform, such as dry cleaning expenses. In addition, the lawsuit seeks money on your behalf for all unpaid time worked, including time when you attended Securitas training including ACT training, introductory training and/or orientation, time worked before the start of your shift reviewing post orders and receiving pass down instruction and time spent without pay after your shift as a holdover. No class has been certified, and the Court has made no rulings as to whether or not the claims have merit. Securitas denies these claims.

Securitas recently presented its employees with a new arbitration policy. Under the arbitration policy, you can opt-out and preserve your right to participate in any class actions if a class is certified or bring a separate action in court. If you opt out, you will not be able to make claims under Securitas' arbitration policy. If you do not opt-out of the arbitration policy, then Securitas will take the position that you can no longer participate in any class action, including this case, and must arbitrate any claims individually. Plaintiffs' lawyers do not agree with Securitas' position on this issue.

Plaintiffs' attorneys believe it is in your best interest to opt-out of the arbitration agreement because: (1) in a lawsuit you are entitled to a jury trial; (2) a lawsuit preserves a right to appeal; and (3) in a lawsuit, Securitas' employees will not be responsible for the fees and costs of the Plaintiffs' attorneys. Securitas believes that its arbitration policy provides a fast, free and impartial way to resolve claims. The arbitration policy applies equally to claims both you and the company may have, if any. Under the terms of the arbitration policy, "Each party will pay the fees for his, her or its own attorneys, subject to any remedies to which that party may later be entitled under applicable law." In the class action, the fees will be paid by Securitas as part of any recovery, subject to approval by the Court. In any arbitration, Securitas will pay all Arbitrator's and/or arbitration fees.

Securitas has assured you that you may opt-out without any negative ramifications or retaliation. Securitas has agreed that you have an additional 30 days, until **August 13, 2011** to opt-out of the arbitration policy. The phone number to opt-out is 1-877-248-2721.

If you have any questions about the effects of the arbitration policy or questions about this case, please feel free to call any of the Plaintiffs' attorneys at the end of this paragraph, at no charge to you, or you may inquire of the company using the toll free number listed in the arbitration policy: 1-877-248-2721.

| HUDSON, MALLANEY, SHINDLER & ANDERSON PC<br>5015 Grand Ridge Drive, Suite 100 West Des Moines, Iowa 50265<br>Tel: (515) 223-4567<br>Fax: (515) 223-8887 | CUNEO GILBERT & LADUCA, LLP<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067<br>Tel: (310) 460-1620<br>Fax: (310) 460-1621 | STEPHAN ZOURAS, LLP<br>205 North Michigan Avenue, Suite 2560<br>Chicago, IL 60601<br>Tel: (312) 233-1550<br>Fax: (312) 233-1560<br>lawyers@stephanzouras.com |
|---|---|---|